BUCHALTER
A Professional Corporation
OREN BITAN (SBN: 251056)
MARK T. CRAMER (SBN: 198952)
GEMMA KARAPETYAN (SBN: 313443)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: 213.891.0700
Fax: 213.896.0400
Email: obitan@buchalter.com

Attorneys for Defendant
PABST BREWING COMPANY, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN PEACOCK, on Behalf of Himself, and All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PABST BREWING COMPANY, LLC,<br><br>　　　　Defendant. | Case No. 2:18-cv-00568-TLN-CKD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

# ORDER

The Court, having considered the stipulation submitted by Plaintiff Brendan Peacock, on behalf of himself and all others similarly situated ("Plaintiff"), and Defendant Pabst Brewing Company, LLC ("Defendant"), and good cause appearing, hereby enters the following order:

Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be extended to April 27, 2018. Plaintiff shall file any opposition briefs to any responsive motions filed by Defendant on May 23, 2018, and Defendant shall file any replies thereto on June 7, 2018.

IT IS SO ORDERED.

Dated: April 17, 2018

_____
Troy L. Nunley
United States District Judge