JARED H. BECK (CA Bar No. 233743)
ELIZABETH LEE BECK (CA Bar No. 233742)
VICTOR ARCA
FL Bar No. 1014225
jared@beckandlee.com
elizabeth@beckandlee.com
victor@beckandlee.com
**BECK & LEE TRIAL LAWYERS**
Corporate Park at Kendall
12485 SW 137th Ave., Suite 205
Miami, Florida 33186
Tel:   305-234-2060
Fax:   786-664-3334

CULLIN O'BRIEN (*pro hac vice*)
FL Bar No. 597341
cullin@cullinobrienlaw.com
**CULLIN O'BRIEN LAW, P.A.**
6541 NE 21st Way
Fort Lauderdale, Florida 33108
Tel:   561-676-6370
Fax:   561-320-0285

Counsel for Plaintiff and Putative Class

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN PEACOCK, on Behalf of Himself, and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PABST BREWING COMPANY, LLC,<br><br>Defendant. | Case No: 2:18-cv-00568-TLN-CKD<br><br><u>CLASS ACTION</u><br><br>**ORDER ON PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT THE HEARING ON THE MOTION TO DISMISS**<br><br>Hearing Date:   August 20, 2019<br>Time:   1:30 p.m.<br>Courtroom:   2<br>Judge:   Hon. Troy L. Nunley<br>Action Filed:   March 15, 2018 |

This Court grants Plaintiff Brendan Peacock's request for his counsel to appear by telephone at the August 20, 2019 hearing at 1:30 p.m. before this Court.

Counsel shall follow this Court's procedures for telephonic appearance, which are available at http://www.caed.uscourts.gov/caednew/assets/File/TLN/NEW%20Web%20Info.pdf and shall be available at their direct telephone number 305-234-2060 5-10 minutes prior to the time of the scheduled hearing.

DATED: August 12, 2019

Troy L. Nunley
United States District Judge

1

*Peacock v. Pabst Brewing Company, LLC*, Case No. 2:18-cv-00568
ORDER ON PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE
AT THE HEARING ON THE MOTION TO DISMISS