OREN BITAN (CA Bar No. 251056)
MARK T. CRAMER (CA Bar No. 198952)
Email: obitan@buchalter.com
mcramer@buchalter.com
BUCHALTER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone:  213.891.0700
Fax:  213.896.0400

JESSICA M. HAWK (CA Bar No. 289391)
Email: jhawk@buchalter.com
BUCHALTER
A Professional Corporation
655 W. Broadway, Suite 1625
San Diego, CA 92101
Telephone: 619.219.5430

Attorneys for Defendant
PABST BREWING COMPANY, LLC

ELIZABETH LEE BECK (CA Bar No. 233742)
elizabeth@beckandlee.com
BECK & LEE TRIAL LAWYERS
8306 Mills Dr., Unit 248
Miami, FL 33183
Tel:    305-234-2060
Fax:   786-664-3334

CULLIN O'BRIEN
FL Bar No. 597341
(admitted pro hac vice)
cullin@cullinobrienlaw.com
CULLIN O'BRIEN LAW, P.A.
6541 NE 21st Way
Fort Lauderdale, Florida 33108
Tel:    561-676-6370
Fax:   561-320-0285

Counsel for Plaintiff and the Putative Class

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN PEACOCK, on Behalf of Himself, and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>PABST BREWING COMPANY, LLC,<br><br>        Defendant. | Case No: 2:18-cv-00568-DJC-CKD<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Current Hearing Date:** September 14, 2023 at 1:30 p.m.<br><br>**Proposed Hearing Date:** September 28, 2023 at 1:30 p.m. |

Plaintiff Brendan Peacock ("Plaintiff") and Defendant Pabst Brewing Company, LLC ("Pabst," and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, state as follows:

1.     Pabst filed a motion for summary judgment on July 19, 2023 with a noticed hearing date of September 14, 2023.  (ECF No. 71.)

2.     Defendant does not require a hearing on Pabst's motion.[1]  Pabst's notice of motion states: "Pabst is amenable to submitting this motion for decision without oral argument."  (ECF No. 71 at page 2 lines 8-9.)

3.     In the event the Court decides to hold a hearing on Pabst's motion for summary judgment, Plaintiff's counsel is not available on the noticed hearing date of September 14, 2023.

4.     Therefore, should the Court elect to a hold a hearing in the above matter, the Parties hereby stipulate and request to continue the hearing on Pabst's motion for summary judgment to September 28, 2023 at 1:30 p.m.

DATED:  August 9, 2023

BUCHALTER
A Professional Corporation


By:   /s/  Oren Bitan
          OREN BITAN
          MARK T. CRAMER
          JESSICA M. HAWK

Attorneys for Defendant
PABST BREWING COMPANY, LLC


BECK & LEE, P.A.


By:   /s/  Elizabeth Lee Beck
          ELIZABETH LEE BECK

Attorneys for Plaintiff

---

[1]     Plaintiff takes no position but believes that a hearing on the matter could be helpful to the Court.

1

1

## ORDER

2      The Court, having reviewed the Parties' stipulation and for good cause shown,

3 hereby issues an Order continuing the hearing on Pabst's motion for summary judgment

4 (ECF No. 71) to September 28, 2023 at 1:30 p.m.

5

6 IT IS SO ORDERED.

7

8 DATED:  August 9, 2023                    /s/ Daniel J. Calabretta
                                                   _____
9                                                  THE HONORABLE DANIEL J. CALABRETTA
                                                   UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION AND ORDER TO CONTINUE HEARING DATE**
**CASE NO: 2:18-CV-00568-DJC-CKD**

BN 77480599v2