# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

                                      **JUDGMENT IN A CIVIL CASE**

**BRENDAN PEACOCK,**

                                      CASE NO: **2:18−CV−00568−DJC−CKD**

        v.

**PABST BREWING COMPANY, LLC,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/18/24**

                                                     **Keith Holland**
                                                     Clerk of Court

ENTERED: **March 18, 2024**

                                        by: /s/ A. Kastilahn
                                                  Deputy Clerk